UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL JAVIER, <br><br> Plaintiff, <br><br> -against- <br><br> ANTHONY RUSSO, ET AL., <br><br> Defendants. | 21-CV-7097 (LTS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued November 22, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii)-(iii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over Plaintiff's state law claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  November 22, 2021
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge