UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AL JAVIER,                                          :

                              Plaintiff,            :

                                                    :

v.                                                  :

                                                    :         **ORDER**

ANTHONY RUSSO, SERGEANT ROSINKY,                    :

C.O. WATKINS, C.O. MORRISSEY, M. KOPP,              :         21 CV 7097 (VB)

Deputy Superintendent of Programs, ANTHONY          :

ANNUCCI, Acting NYSDOCCS Commissioner,              :

and A. RODRIGUEZ, Acting Disciplinary               :

Director in Albany,                                 :

                              Defendants.           :

------------------------------------------------------------x

        Plaintiff, proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

        On February 1, 2022, the Court entered an Order of Service directing the U.S. Marshals Service to effectuate service on defendants. (Doc. #14). The defendants include certain individuals who allegedly worked at Green Haven Correctional Facility ("Green Haven") on behalf of the New York State Department of Corrections and Community Supervision ("DOCCS").

        On May 6, 2022, the U.S. Marshals Service docketed two Process Receipts and Returns of Service Unexecuted (Docs. ## 22–23), indicating that it had been unable to effectuate service on defendants Anthony Russo, whom plaintiff identifies as the former Superintendent of Green Haven, and Correction Officer Morrissey. The Process Receipts and Returns of Service indicate the U.S. Marshals attempted service for each of these defendants at Green Haven.

        Accordingly, it is HEREBY ORDERED that by **May 23, 2022**, the Attorney General of the State of New York, who is the attorney for and agent of DOCCS, shall ascertain the identities of defendants Russo and Morrissey and provide any new, updated addresses where those defendants may be served.

        Chambers will mail a copy of this Order to plaintiff at the address on the docket. Chambers will also mail a copy of this Order and the amended complaint (Doc. #9) to the Attorney General of the State of New York, at 28 Liberty Street, New York, New York 10005.

Dated:  May 13, 2022
        White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti, U.S.D.J.