UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AL JAVIER,
               Plaintiff,

v.

ANTHONY RUSSO, SERGEANT
ROSINSKY, C.O. WATKINS, C.O.
MORRISSEY, M. KOPP, Deputy
Superintendent of Programs, ANTHONY
ANNUCCI, Acting NYS DOCCS
Commissioner, and A. RODRIGUEZ, Acting
Disciplinary Director in Albany,
               Defendant.
--------------------------------------------------------------x

**AMENDED**
**ORDER OF SERVICE**

21 CV 7097 (VB)

Briccetti, J.:

       Plaintiff, who is proceeding pro se and in forma pauperis, brings claims under 42 U.S.C. § 1983 for violations of his constitutional rights.

       On December 2, 2021, plaintiff filed the amended complaint. (Doc. #1).

       On February 2, 2022, the Court entered an Order of Service ordering the U.S. Marshals Service to effectuate service on the defendants named in the amended complaint. (Doc. #14).

       On May 13, 2022, the Court ordered the Office of the New York State Attorney General ("NYAG") to ascertain new, updated addresses where certain of the defendants may be served. (Doc. #24).

       By letters dated June 6 and June 7, 2022, the NYAG has now provided new addresses for defendants Anthony Russo, Anthony Annucci, Anthony Rodriguez, and James Morrissey. (Docs. ##25, 28).

       Accordingly, it is HEREBY ORDERED that the Clerk is instructed to fill out U.S. Marshals Service Process Receipt and Return forms for the defendants listed in the Appendix to this Order. The Clerk is further instructed to issue summonses listing the defendants and deliver

to the Marshals Service all paperwork necessary for the Marshals Service to effect service upon the defendants. The service addresses for the defendants are appended to this Order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Plaintiff also must notify the Court in writing if plaintiff's address changes, and the Court may dismiss the action if he fails to do so.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 9, 2022
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

APPENDIX

1. Anthony Russo
   New York State Department of Correction and Community Supervision Office of Counsel
   The Harriman State Campus, Building 4
   1220 Washington Avenue
   Albany, NY 12226

2. Anthony Annucci
   New York State Department of Correction and Community Supervision Office of Counsel
   The Harriman State Campus, Building 4
   1220 Washington Avenue
   Albany, NY 12226

3. Anthony Rodriguez
   New York State Department of Correction and Community Supervision Office of Counsel
   The Harriman State Campus, Building 4
   1220 Washington Avenue
   Albany, NY 12226

4. Correction Officer James Morrissey
   Mid-State Correctional Facility
   9005 Old River Road
   Marcy, NY 13403