UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AL JAVIER,
               Plaintiff,

v.

ANTHONY RUSSO, et al.,
               Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 7097 (VB)

      On October 31, 2022, the Court received from plaintiff a letter dated October 21, 2022, regarding the status of a duplicate filing fee, processed under receipt number 465401292628 (Doc. #41). The Clerk of Court returned the $350.00 overpayment to plaintiff, as directed by the Court's order dated January 28, 2022 (Doc. #12). However, plaintiff states these funds have not yet been returned to his inmate account. He has logged a grievance with the Incarcerated Grievance Resolution Committee (#GH-0642-22), which has not yet been resolved, and asks the Court to contact the correctional facility to "clarify this matter." Although the Court is sympathetic to plaintiff's concerns, the Court is unable to grant the requested relief.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: November 1, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge