USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2024



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

> Application GRANTED. The conference currently scheduled for 11/6/2024 at 10:00 a.m. is ADJOURNED to **11/6/2024 at 11:00 a.m.** Chambers will mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.   10/29/2024

Honorable Vincent Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Al Javier v. Anthony Russo, et. al., 21-CV-7097 (VB)*

Dear Judge Briccetti:

This action is a 42 U.S.C. § 1983 brought by incarcerated pro se plaintiff Al Javier. This Office represents the identified defendant: C.O. Morrissey.

By Opinion & Order dated September 13, 2024 (*see* Docket No. 82), the Court ordered that the telephonic conference between all parties and the Court would go forward on November 6, 2024, at 10am. Today, I reached out to the staff at Green Haven Correctional Facility, to confirm Plaintiff would be produced next week, and I was advised that "[u]nfortunately [they] cannot accommodate 10:00 am on 11/6 as [they] have previously scheduled calls that [they] cannot reschedule," and there is no more room available in the teleconference area. I have confirmed with the Green Haven Correctional Facility that the earliest availability to produce Plaintiff would be on November 6, 2024, at 11am. I have already told the facility to confirm Plaintiff for that scheduling slot to ensure the reservation.

I am requesting the Court change the time of the conference on November 6, 2024, from 10am to 11am to allow for the facility to ensure the Plaintiff's appearance.

EH
Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

                                                     Respectfully submitted,

                                                     *Robert Feliu*

                                                     Robert C. Feliu
                                                   Assistant Attorney General
                                                   Robert.Feliu@ag.ny.gov

cc:    Al Javier
        07-A-0488
        Green Haven Correctional Facility
        594 Route 216
        P.O. Box 4000
        Stormville, NY, 12582-4000
        Pro Se