```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AL JAVIER,
                Plaintiff,

v.

C.O. JAMES MORRISSEY,
                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 7097 (VB)

       On November 6, 2024, defense counsel informed the Court plaintiff has been transferred to Sing Sing Correctional Facility and is undergoing treatment at a medical facility there, leaving him unable to attend the previously scheduled case management conference.

       Accordingly, it is hereby ORDERED:

1.    The case management telephone conference scheduled for November 6, 2024, is ADJOURNED to **November 20, 2024, at 11:00 a.m**.

2.    Plaintiff and defense counsel shall attend the telephone conference by calling the following number and entering the access code when requested. The dial-in number is (888) 363-4749 (toll free) or (215) 446-3662. The access code is 1703567. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

       Chambers will mail a copy of this Order to plaintiff at the address on the docket and also at Sing Sing Correctional Facility.

       Plaintiff is reminded that it is his obligation to promptly inform the Court when his address changes. The failure to do so may result in dismissal of the case for failure to prosecute. See Fed. R. Civ. P. 41(b).

Dated: November 6, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

EH
Copies Mailed/Faxed
Chambers of Vincent L. Briccetti