Copies Mailed/Faxed 11/21/24
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AL JAVIER,

                Plaintiff,

v.

C.O. JAMES MORRISSEY,

                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 7097 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/24

      As discussed at a telephone conference held today and attended by plaintiff and defense counsel, it is HEREBY ORDERED:

1. By **November 27, 2024**, defendant shall mail to plaintiff copies of the following materials: (i) all orders, pleadings, and discovery materials, (ii) the transcript of the plaintiff's deposition, and (iii) any other non-confidential materials relevant to this case. Additionally, defense counsel shall advise the Court in writing that he has done so.

2. By **December 20, 2024**, defendant shall file a letter advising the Court of defendant's settlement position in light of plaintiff's most recent settlement demand, and indicating whether there is anything the Court can do to assist the parties in settling the case.

3. The next case management telephone conference is scheduled for **January 22, 2025, at 10:30 a.m.**

4. Plaintiff and defense counsel shall attend the January 22 telephone conference by calling the following number and entering the access code when requested. The dial-in number is 914-292-4033. The access code is 314216514. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

5. The Clerk is directed to update plaintiff's address on the docket to the following:

    Al Javier
    DIN 07-A-0488
    Sing Sing Correctional Facility
    354 Hunter Street
    Ossining, NY 10562

6. Plaintiff is reminded that it is his obligation to promptly inform the Court in writing when his address changes.

Chambers will mail a copy of this Order, as well as copies of the City Bar Justice Center's materials for pro se litigants, to plaintiff at the new address on the docket.

Dated: November 20, 2024
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge