UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AL JAVIER,                                    :
                  Plaintiff,              :
                                               :
v.                                            :          **<u>ORDER</u>**
                                                 :
C.O. JAMES MORRISSEY,                          :          21 CV 7097 (VB)
                    Defendant.            :
                                               :
--------------------------------------------------------------x

       Today, March 24, 2025, the Court adjourned the case management conference scheduled for March 25, 2025, because, at the time of filing, no <u>pro</u> <u>bono</u> counsel had filed a notice of appearance on behalf of plaintiff.  (Doc. #93).

       Since the Court filed its Order, <u>pro</u> <u>bono</u> counsel has filed a notice of appearance.  (Doc. #94).  Both plaintiff's counsel and defense counsel have stated they are able to attend the originally scheduled case management conference.  Accordingly, the case management conference in this matter is RESCHEDULED to **March 25, 2025, at 9:30 a.m.**  All counsel shall attend the conference in person at the White Plains courthouse, Courtroom 620.

Dated: March 24, 2025
      White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge