```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AL JAVIER,
                Plaintiff,

v.

C.O. JAMES MORRISSEY,
                Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 7097 (VB)

      As discussed at a conference held on the record today at which counsel for both parties appeared, it is HEREBY ORDERED:

1. Discovery shall remain open for the limited purpose of obtaining plaintiff's medical records from the New York State Department of Corrections and Community Supervision ("DOCCS"). By **August 29, 2025**, defendant shall obtain those records from DOCCS and produce them to plaintiff.

2. By **August 29, 2025**, defendant shall file a joint letter advising the Court as to: (i) the status of negotiations regarding settlement, (ii) whether or not defendant has obtained plaintiff's medical records from DOCCS, and (iii) whether the parties consent to transferring the case for further proceedings before a magistrate judge.

3. The next case management conference is scheduled for **September 5, 2025, at 2:30 p.m.**

Dated: July 10, 2025
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge